UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SONYA RENEE RIGGS, | ) | |
| | ) | |
| Debtor | ) | CASE NO. : 16-16586-AMC |
| | ) | |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

IT IS HEREBY CONSENTED by and between Creditor, Capital One Auto Finance, A Division of Capital One N.A., ("COAF"), through its counsel, Mester & Schwartz, P.C. and Sonya Renee Riggs, Debtor, through Debtor's attorney, John L. McClain, Esquire, as follows:

1. The value of the 2014 NISSAN Sentra Sedan 4D SV I4, V.I.N. 3N1AB7AP5EY336780 to be paid through the plan is $20,879.01.

2. The value of the vehicle shall be paid in full during the sixty (60) months of the Plan as a secured claim at 0.00% interest for a total secured claim in the amount of $20,879.01.

3. The remainder of COAF claim shall be treated as an unsecured claim.

4. COAF shall retain its lien on the Debtor's 2014 NISSAN Sentra Sedan 4D SV I4 until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. The terms of this stipulation will be incorporated into Debtors' Chapter 13 plan.

6. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

7. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

_____
Jason Brett Schwartz, Esquire
Attorney for COAF
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

_____
John L. McClain, Esquire    /Mitchell J. Prn(
Attorney for the Debtors               ES
John L. McClain and Associates
P.O. Box 123
Narbeth, PA 19072-0123
(215) 893-9357

SO ORDERED
BY THE COURT:

_____
Ashley M. Chan
U.S. Bankruptcy Judge

Please send copies to:

Sonya Renee Riggs
5422 Willows Avenue
Philadelphia, PA 19143

John L. McClain, Esquire
Attorney for Debtor
John L. McClain and Associates
P.O. Box 123
Narbeth, PA 19072-0123

William C. Miller, Trustee
1234 Market Street, Suite 500
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107