United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sonya Renee Riggs  
      Debtor  

Case No. 16-16586-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jun 13, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.  
db           +Sonya Renee Riggs,    5422 Willows Avenue,    Philadelphia, PA 19143-4130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance  
          jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
         JOHN L. MCCLAIN    on behalf of Debtor Sonya Renee Riggs aaamcclain@aol.com, edpabankcourt@aol.com  
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,  
          dmaurer@pkh.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR  
         PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                         TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SONYA RENEE RIGGS, | ) | |
| | ) | |
| Debtor | ) | CASE NO. : 16-16586-AMC |
| | ) | |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

IT IS HEREBY CONSENTED by and between Creditor, Capital One Auto Finance, A Division of Capital One N.A., ("COAF"), through its counsel, Mester & Schwartz, P.C. and Sonya Renee Riggs, Debtor, through Debtor's attorney, John L. McClain, Esquire, as follows:

1. The value of the 2014 NISSAN Sentra Sedan 4D SV I4, V.I.N. 3N1AB7AP5EY336780 to be paid through the plan is $20,879.01.

2. The value of the vehicle shall be paid in full during the sixty (60) months of the Plan as a secured claim at 0.00% interest for a total secured claim in the amount of $20,879.01.

3. The remainder of COAF claim shall be treated as an unsecured claim.

4. COAF shall retain its lien on the Debtor's 2014 NISSAN Sentra Sedan 4D SV I4 until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. The terms of this stipulation will be incorporated into Debtors' Chapter 13 plan.

6. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

7. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

_____
Jason Brett Schwartz, Esquire
Attorney for COAF
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Date: June 13, 2017**

_____ Mitchell JPine E
John L. McClain, Esquire
Attorney for the Debtors
John L. McClain and Associates
P.O. Box 123
Narbeth, PA 19072-0123
(215) 893-9357

SO ORDERED
BY THE COURT:

_____
Ashely M. Chan
U.S. Bankruptcy Judge

Please send copies to:

Sonya Renee Riggs
5422 Willows Avenue
Philadelphia, PA 19143

John L. McClain, Esquire
Attorney for Debtor
John L. McClain and Associates
P.O. Box 123
Narbeth, PA 19072-0123

William C. Miller, Trustee
1234 Market Street, Suite 500
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107