**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : **Chapter 13**
     **Riggs, Sonya Renee**

          **Debtor**                     :     **16-16586 AMC**

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE COURT

The Debtors hereby withdraw the document captioned **Proposed** Order Re: *Motion to Dismiss Case* (Docket No. 52) filed on 11/25/17 by counsel for the Debtor *as incorrect*.

Date:  November 25, 2017

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor