**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                : Chapter 13

**Riggs, Sonya Renee**

    **Debtor**

                                :    16-16586 AMC

**CERTIFICATE OF SERVICE OF
DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN**

    I certify that on  November 25, 2017 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Debtor's Third Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: November 25, 2017

                           "/s/"Mitchell J. Prince
                           John L. McClain, Esquire
                           Mitchell J. Prince, Esquire
                           Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072