**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                           : Chapter 13
    **Riggs, Sonya Renee**
    **Debtor**                                         : 16-16586

**SECOND AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
City of Philadelphia
Finance Dept-13th Floor
1401 JFK Boulevard
Philadelphia, PA 19102**

Re:    **Riggs, Sonya Renee**
SSN:   xxx-xx-2547

    The future earnings of the above named debtor Riggs, Sonya Renee, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$400.00 for 8 months (started on 10/17/16, then the payment shall increase to $504 monthly as of June 17, 2017 for a period of 52 months),** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$400.00 for 8 months (started on 10/17/16, then the payment shall increase to $504 monthly as of June 17, 2017 for a period of 52 months to:**

    William C. Miller, Trustee
    P.O. Box 1799
    Memphis, TN  38101-1799

BY THE COURT

_____          **Date: November 29, 2017**
JUDGE ASHELY M. CHAN

City of Philadelphia
Finance Dept-13th Floor
1401 JFK Boulevard
Philadelphia, PA 19102

Riggs, Sonya Renee

5422 Willows Ave
Philadelphia, PA 19143

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123