Case 16-16586-amc    Doc 66    Filed 12/01/17    Entered 12/02/17 01:04:16    Desc Imaged
                            Certificate of Notice    Page 1 of 3

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16586-amc
Sonya Renee Riggs                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett           Page 1 of 2           Date Rcvd: Nov 29, 2017
                             Form ID: 152              Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
```
db          +Sonya Renee Riggs,    5422 Willows Avenue,    Philadelphia, PA 19143-4130
cr          +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
              Harrisburg, PA 17102-2305
13793485     Acceptance Now,    Acceptance Now Customer Service,    501 Headquarters Dr,    Plano, TX 75024
13793486    +Capital One Auto Finance,    Attn: Bankruptcy Dept,    PO Box 30258,
              Salt Lake City, UT 84130-0258
13793487    +Comcast Cable,    PO Box 3005,    Southeastern, PA 19398-3005
13793488    +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13793489    +Mars Collection Agency,    9126 E 46th St,    Tulsa, OK 74145-4824
13912752    +Matteo S. Weiner, Esquire,    US Bank National Association,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13793492    +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13793494    +Quality Asset Recovery,    7 Foster Ave, Ste 101,    Gibbsboro, NJ 08026-1191
13793495    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13864771     US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
13793497    +Us Dept Ed,    PO Box 1030,    Coraopolis, PA 15108-6030
13793498    +Water Revenue Bureau,    1401 JFK Blvd,    Philadelphia, PA 19102-1663
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:41     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 01:36:04
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 30 2017 01:36:19     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 30 2017 01:40:37
              Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
              P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
13800397     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2017 01:40:30
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK  73124-8848
13838581    +E-mail/Text: bnc@atlasacq.com Nov 30 2017 01:35:36     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
13797649    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 30 2017 01:40:28
              Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
13798550    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 30 2017 01:40:29
              Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
              Arlington, TX 76006-1347
13827721    +E-mail/Text: bankruptcygroup@peco-energy.com Nov 30 2017 01:35:41     PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13793493    +E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:41     PGW c/o Law Department,
              1515 Arch Street, 14th Floor,    Philadelphia, PA 19102-1504
13793490    +E-mail/Text: blegal@phfa.org Nov 30 2017 01:36:09     Pa Housing Finance Age,    PO Box 8029,
              Harrisburg, PA 17105-8029
13793491    +E-mail/Text: bankruptcygroup@peco-energy.com Nov 30 2017 01:35:41     Peco Energy Company,
              2301 Market Street,    Philadelphia, PA 19103-1380
13918130    +E-mail/Text: blegal@phfa.org Nov 30 2017 01:36:09     Pennsylvania Housing Finance Agency,
              211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13793496*    +Sonya Renee Riggs,    5422 Willows Ave,    Philadelphia, PA 19143-4130
                                                                                   TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett            Page 2 of 2              Date Rcvd: Nov 29, 2017
                              Form ID: 152               Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
```
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
          JOHN L. MCCLAIN    on behalf of Debtor Sonya Renee Riggs aaamcclain@aol.com,  edpabankcourt@aol.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
           PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sonya Renee Riggs
    Debtor(s)

Case No: 16–16586–amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/27/18 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

60 – 2
Form 152