United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sonya Renee Riggs  
      Debtor  

Case No. 16-16586-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Nov 29, 2017  
                          Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.  
db            +Sonya Renee Riggs,   5422 Willows Avenue,   Philadelphia, PA 19143-4130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
               E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:30      City of Philadelphia,   Finance Dept.-13th Floor,   1401 JFK Blvd.,   Philadelphia, PA  19102  
                                                                                                                                                                                              TOTAL: 1

                    ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:  
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
         JOHN L. MCCLAIN    on behalf of Debtor Sonya Renee Riggs aaamcclain@aol.com,  edpabankcourt@aol.com  
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                                                 TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                               : Chapter 13
    Riggs, Sonya Renee
        Debtor                                          : 16-16586

**SECOND AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE**
**DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**City of Philadelphia**
**Finance Dept-13th Floor**
**1401 JFK Boulevard**
**Philadelphia, PA 19102**

Re:    **Riggs, Sonya Renee**
SSN:   xxx-xx-2547

    The future earnings of the above named debtor Riggs, Sonya Renee, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$400.00 for 8 months (started on 10/17/16, then the payment shall increase to $504 monthly as of June 17, 2017 for a period of 52 months),** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$400.00 for 8 months (started on 10/17/16, then the payment shall increase to $504 monthly as of June 17, 2017 for a period of 52 months to:**

    William C. Miller, Trustee
    P.O. Box 1799
    Memphis, TN  38101-1799

BY THE COURT

_____    **Date: November 29, 2017**
JUDGE ASHELY M. CHAN

City of Philadelphia
Finance Dept-13th Floor
1401 JFK Boulevard
Philadelphia, PA 19102

Riggs, Sonya Renee

5422 Willows Ave
Philadelphia, PA 19143

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Case 16-16586-amc    Doc 67    Filed 12/01/17    Entered 12/02/17 01:04:16    Desc Imaged
Certificate of Notice    Page 3 of 3