# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    : Chapter 13
     Riggs, Sonya Renee

        Debtor(s)                      : 16-16586 AMC

          :

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this _____ day of _____ 2017, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing City of Philadelphia to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE

Date: December 22, 2017

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123


Riggs, Sonya Renee

5422 Willows Ave
Philadelphia, PA 19143


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


City of Philadelphia
Finance Dept-13th Floor
1401 JFK Boulevard
Philadelphia, PA 19102