# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-16586-AMC

SONYA RENEE RIGGS

5422 WILLOWS AVE

PHILADELPHIA, PA 19143

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SONYA RENEE RIGGS

    5422 WILLOWS AVE

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                            /S/ William C. Miller

Date: 3/1/2018                      _____

                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee