**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    : Chapter 13

**Riggs, Sonya Renee**

      **Debtor**

                           :            16-16586 AMC

**CERTIFICATE OF SERVICE**

      I certify that on <u>April 20, 2018,</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Dismissal Order and request to retain jurisdiction either by way of ECF or by first class regular U.S. mail.

Dated:<u>May 14, 2018</u>

                                   <u> "/s/" Mitchell J. Prince</u>
                                   John L. McClain, Esquire
                                   Mitchell J. Prince, Esquire
                                   Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072